## CURRIE v BALTIMORE & O RD CO et

Ohio Appeals, 5th Dist, Stark. Co

No 1627.   Decided January, 1936

**KULL v NORTH HIGH SAV & LOAN CO**

Ohio Appeals, 2nd Dist, Franklin Co

No 2571.   Decided Dec 9, 1935

Amerman & Mills, Canton, and Sol Adelman, Canton, for plaintiff in error.

Lynch, Day, Pontius & Lynch, Canton, for defendant in error.

For full opinion see 5 OO 384; 52 Oh Ap 25.